1  Janet M. Herold
   Regional Solicitor
2  Daniel J. Chasek
   Associate Regional Solicitor
3  **Boris Orlov, Attorney** (CSBN #223532)
   Office of the Solicitor
4  United States Department of Labor
   350 So. Figueroa St., Suite 370
5  Los Angeles, California 90071-1202
          Telephone: (213) 894-5410
6         Facsimile:  (213) 894-2064
   orlov.boris@dol.gov
7
   Attorneys for the Plaintiff
8



9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11
12  SETH D. HARRIS,
       Acting Secretary of Labor,           Case No. ED CV13-01170-JGB(SPx)
13     United States Department of Labor,
14                  Plaintiff,
15            v.
                                            **COMPLAINT FOR INJUNCTIVE
16  INTERIOR MAGIC OF CALIFORNIA,           RELIEF AND TO RECOVER
      a Limited Liability Company,          AMOUNTS DUE UNDER THE
17  FRANK HALLBERG, individually and as     FAIR LABOR STANDARDS ACT**
      managing agent of Interior Magic of   (29 U.S.C. § 201 *et seq.*)
18    California, LLC;
    TAMMY HALLBERG, individually and as
19    managing agent of Interior Magic of
      California, LLC,
20
                    Defendants.             
21
22
23
24     1.   The Plaintiff, Seth D. Harris, Acting Secretary of Labor, brings this action
25  to enjoin Defendants, Interior Magic of California, LLC, Frank Hallberg, individually
26  and as managing agent of Interior Magic of California, LLC., and Tammy Hallberg, in-
27  dividually and as managing agent of Interior Magic of California, LLC., (collectively
28  "Defendants"), from violating provisions of Sections 15(a)(2) and 15(a)(5) of the Fair

Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5), and to recover amounts owed under the FLSA to employees of Defendants, as listed by name in the attached Exhibit A to this complaint, for the period from October 5, 2009 through September 30, 2012.

2. This Court has subject matter jurisdiction of this action under Section 17 of the FLSA, 29 U.S.C. §217; this Court also has subject matter jurisdiction of this action under 28 U.S.C. §1331 (federal question) and §1345 (United States as Plaintiff).

3. (a) Defendant Interior Magic of California, LLC, is and at all relevant times has been a California Limited Liability Company, and has an office and place of business at 38245 Murrieta Hot Springs Rd, Suite D207, Murrieta, CA 92563, within the jurisdiction of this Court, and has been engaged in the business of automotive repair and reconditioning.

(b) On information and belief, Defendant Frank Hallberg resides within the jurisdiction of this Court.

(d) Defendant Frank Hallberg is and at all relevant times has been acting directly or indirectly in the interest of defendant Interior Magic of California, LLC in relation to the employees of the corporate defendants, and is an employer under FLSA § 3(d), 29 U.S.C. § 203(d).

(e) On information and belief, Defendant Tammy Hallberg resides within the jurisdiction of this Court.

(f) Defendant Tammy Hallberg is and at all relevant times has been acting directly or indirectly in the interest of defendant Interior Magic of California, LLC in relation to the employees of the corporate defendants, and is an employer under FLSA § 3(d), 29 U.S.C. § 203(d).

4. The activities of defendant Interior Magic of California, LLC constitute, and at all times material hereto have constituted, related activities performed through unified operation or common control for a common business purpose; and are, and at all times material hereto have been, an "enterprise" as defined in FLSA § 3(r), 29 U.S.C.

§ 203(r).

5. The aforesaid enterprise has, and at all times material hereto has had, employees engaged in commerce or in the production of goods for commerce, or in handling, selling or otherwise working on goods or materials which have been moved in or produced for commerce. Said enterprise has, and at all times material hereto has had, an annual gross volume of sales made or business done (exclusive of any excise taxes at the retail level, if any, that were separately stated) of no less than $500,000.00; and said enterprise constitutes, and at all times material hereto has constituted, an "enterprise engaged in commerce or in the production of goods for commerce" as defined in FLSA § 3(s), 29 U.S.C. § 203(s).

6. Defendants have violated the provisions of Sections 7 and 15(a)(2) of the FLSA, 29 U.S.C. §207 and §215(a)(2), by employing employees engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), 29 U.S.C. § 203(s), for workweeks longer than 40 hours without compensating said employees for their employment in excess of 40 hours in such workweeks at rates not less than one and one-half times the regular rates at which they were employed.

7. Defendants have violated the provisions of Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §211(c) and §215(a)(5), by failing to maintain, keep, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by the regulations promulgated by the Plaintiff-Secretary pursuant to the authority granted in the FLSA and published in the Federal Register and known as Title 29, Code of Federal Regulations, Part 516.

8. (a) During the period from October 5, 2009 through September 30, 2012, Defendants have repeatedly and willfully violated and are violating the above-described provisions of the FLSA.

(b) As a result of the violations of the monetary provisions of the FLSA,

1 there is unpaid overtime compensation due under the FLSA that are being withheld by
2 the Defendants.
3   (c) A judgment permanently enjoining and restraining such violations of the
4 FLSA is specifically authorized by Section 17 of FLSA, 29 U.S.C. §217.
5   (d) A judgment enjoining and restraining the continued withholding of un-
6 paid overtime compensation due under the FLSA is specifically authorized by Section
7 17 of the FLSA, 29 U.S.C. §217.
8   (e) Judgment awarding unpaid overtime compensation due under the FLSA,
9 plus an additional amount, as liquidated damages, that is equal to the amount of overtime
10 compensation that accrued under the FLSA, is specifically authorized by FLSA § 16(c),
11 29 U.S.C. § 216(c).
12  WHEREFORE, cause having been shown, the Secretary prays for a judgment
13 against Defendants as follows:
14   A. (i) For an order pursuant to Section 17 of the FLSA, 29 U.S.C. §217,
15   permanently enjoining and restraining Defendants, their officers, agents, servants,
16   and employees, and those persons in active concert or participation with them,
17   from prospectively violating the provisions of Sections 15(a)(2) and 15(a)(5) of
18   the FLSA, 29 U.S.C. §§ 215(a)(2) and 215(a)(5); and
19   B. For an order
20   (i) pursuant to FLSA § 16(c), 29 U.S.C. § 216(c) finding the Defendants li-
21   able for any unpaid overtime compensation that may be found by the Court to be
22   due under the FLSA plus an additional amount as and for liquidated damages,
23   equal to any overtime compensation found to have accrued under the FLSA, to
24   present and former employees of Defendants including the persons listed by name
25   on the attached Exhibit A; or
26   (ii) in any instances where liquidated damages are not awarded herein, re-
27   straining, pursuant to FLSA § 17, 29 U.S.C. § 217, the Defendants, their officers,
28   agents, servants and employees and all persons in active concert or participation

with them, from continuing to withhold the payment of any unpaid overtime compensation that may be found by this Court to have accrued under the FLSA to present and former employees of Defendants including the persons listed by name on the attached Exhibit A, plus pre-judgment interest thereon; and,

C. Awarding the Secretary the costs of this action and providing such further legal and equitable relief as may be deemed appropriate.

Dated: June 25, 2013

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

_____
BORIS ORLOV, Attorney
Attorneys for the Plaintiff
U.S. Department of Labor

## Exhibit - A

| | |
|---|---|
| JOSE | AGUILAR |
| FERNANDO | AGUSTIN |
| JULIAN | ALATORRE |
| KENNETH | ALBRIGHT |
| ISRAEL | ALCANTAR |
| VICTOR | ALDANA |
| JOSE | ALONSO |
| IVAN | ALVARADO |
| SALVADOR | ALVARADO |
| JOHNATHAN | ALVAREZ |
| | ALVAREZ |
| JUAN | RODRIGUEZ |
| JULIAN | ANDALON |
| DAVID | ANTONELLI |
| ERIC | APPEL |
| EDGAR | ARRAGUINI |
| JORGE | ARREOLA |
| KENNY | ARZATE |
| CAIN | AVITIA |
| JASON | BARBER |
| LEONARDO | BARRIENTOS |
| SHAYNE | BEGAY |
| MANUEL | BELTRAN |
| JUAN | BENITEZ |
| PATRICK | BRADLEY |
| CECIL | BROWN |
| RYAN | BROWN |
| RAFAEL | BURGOS BARCO |
| CHRISTIAN | CAMACHO |
| LEUTERIO | CAMARGO |
| ADAM | CAMPBELL |
| RENE | CASTANEDA |
| ANGEL | CASTELLANOS |
| EMILIO | CASTILLO |
| ADAM | CASTRO |
| REBECCA | CASTRO |
| RICK | CAVENDER |
| RADISOMAR | CHAVEZ |
| DAKOTA | CHILLINSKY |
| MIGUEL | CISNEROS |
| DANIEL | CLARK |

| # | First | | Last |
|---|---|---|---|
| 1 | SCOTT | | COEBURN |
|   | IGNACIO | | CORNEJO |
| 2 | ABUNDIO | | CRUZ |
|   | BRENDA | | CRUZ |
| 3 | JOSHUA | | DABNEY |
| 4 | WILLIAM | | DADIA |
|   | CHARLES | | DAVIS |
| 5 | JUAN | | DE LA TORRE |
| 6 | RANDY | | DELGADO |
|   | JOSE | E | DIAZ |
| 7 | BRANDON | | DIETTES |
|   | SOKMALIE | | DITH |
| 8 | LOUIE | | DURAN |
| 9 | MIGUEL | | DURAN |
|   | ADAM | | DURKEE |
| 10 | MATHEW | | DURKEE |
| 11 | DANIEL | | ECHEVERRIA |
|   | RUBEN | | EK |
| 12 | GERARDO | | ELIZALDE GARCIA |
| 13 | JUAN | | ESCAMILLA |
|   | DAVID | | ESTRADA |
| 14 | JEREMY | | EWING |
|   | DYLAN | | FALKENGREN |
| 15 | DANIEL | | FERNANDEZ |
| 16 | IVAN | | FERRER |
|   | RAFAEL | | FERRER |
| 17 | CHRISTIAN | | FLORES |
| 18 | EDWARD | | FLORES |
|   | BRANDON | | FULLER |
| 19 | COREY | | FURR |
| 20 | DAVID | | GAINES |
|   | HIPOLITO | | GALVEZ |
| 21 | ERNESTO | | GARCIA |
| 22 | JORGE | | GARCIA |
|   | JOSE LUIS | | GARIBAY |
| 23 | ZACHARY | | GLAHN |
|   | CHRISTOPHER | | GODINEZ |
| 24 | EPIFANIO | | GODINEZ |
| 25 | JESSE | | GOMEZ |
|   | NERY | | GOMEZ |
| 26 | DANNY | | GONZALEZ |
| 27 | FERNANDO | | GONZALEZ |
|   | JOSE | | GONZALEZ |
| 28 | JUAN | | GONZALEZ |

| # | First | Last |
|---|---|---|
| 1 | JULIAN | GONZALEZ |
|   | LUIS | GONZALEZ |
| 2 | CHRISTIAN | GUTIERREZ |
|   | MIGUEL | GUTIERREZ |
| 3 | ETHAN | HASHIMOTO |
| 4 | ROGER | HEIKEINEN |
|   | CESAR | HERNANDEZ |
| 5 | ELMER | HERNANDEZ |
|   | JUAN | HERNANDEZ |
| 6 | OSCAR | HERNANDEZ |
| 7 | JOSEPH | HILDEBRAND |
|   | TODD | HOBERT |
| 8 | JAMES | HOSPE |
| 9 | WILLIAM | HURTADO |
|   | RANDALL | INKELAS |
| 10 | ANDRE | IRVIN |
| 11 | PAUL | JACOBS |
|   | GREGORY | JENNINGS |
| 12 | RAMON | JIMENEZ-BRAVO |
| 13 | ORLANDO | JOUBERT |
|   | MARIO | JUAREZ |
| 14 | SOUN | LAYKHAM |
|   | ANNA MARIE | LIDDLE |
| 15 | MARK | LIND |
| 16 | GUSTAVO | LOPEZ |
|   | OSCAR | LOPEZ |
| 17 | RALPH | LOPEZ |
| 18 | DAPHNE | LUNN |
|   | SHANE | LYNN |
| 19 | RICHARD | MABRA |
|   | TRAVIS | MACOMBER |
| 20 | CHRISTIAN | MAGANA |
| 21 | DIEGO | MAGANA |
|   | GILBERTO | MARIN TOLEDANO |
| 22 | ERIBERTO | MARTINEZ |
| 23 | HILARIO | MARTINEZ |
|   | MIGUEL | MARTINEZ |
| 24 | OSCAR | MARTINEZ |
| 25 | ALEJANDRO | MATA |
|   | MIGUEL | MATEO |
| 26 | JOSE | MELENDEZ |
| 27 | FEDERICO | MENDOZA |
|   | ALBERTO | MERCADO |
| 28 | JULIO | MINO |

| # | First | Last |
|---|---|---|
| 1 | NICHOLAS | MONTI |
|   | GEROGE | MORA |
| 2 | PAUL | MORGAN |
| 3 | HERNAN | NABTE |
|   | FRANKKI | NAVARRO |
| 4 | RONALD | NAVARRO |
|   | JOHNNY | NEGRON |
| 5 | CHRISTOPHER | NIELSEN |
| 6 | TREVOR | NIX |
|   | CONOR | O'BRIEN |
| 7 | FRANKE | OLIVIA |
| 8 | EDWIN | ORTEGA |
|   | VINCENT | PALIDO |
| 9 | DANIEL | PANTOJA |
| 10 | ALEJANDRO | PARRA |
|    | ROLANDO | PENA |
| 11 | ARMANDO | PENA SALAS |
|    | GABRIEL | PETRIS |
| 12 | CHRISTIAN | PINEDA |
| 13 | JORGE | PLASCENCIA |
|    | JOHN | POWELL |
| 14 | JOSEPH | RAMIREZ |
| 15 | NOLBERTO | RAMIREZ |
|    | JUAN | RENOBATO |
| 16 | MARCELINO | RESENDIZ |
|    | JOSE | ROBLEDO |
| 17 | BRYAN | RODRIGUEZ |
| 18 | ELIAS | RODRIGUEZ |
|    | JUAN |  |
| 19 | MANUEL | RODRIGUEZ |
| 20 | NICOLAS | RODRIGUEZ |
|    | CHARLES | RUSSO |
| 21 | JOSE | RUVALCABA |
|    | FRANCISCO | SABIDO |
| 22 | STEPHANIE | SALE |
| 23 | ASCENCIO | SANCHEZ |
|    | GERARDO | SANCHEZ |
| 24 | LESLIE | SANCHEZ |
| 25 | MARK | SANCHEZ |
|    | JOEL | SANDOVAL |
| 26 | ALEX | SAPIEN |
| 27 | PAULO | SARRAGA |
|    | ERIC | SEALES |
| 28 | JOSE | SERRANO |

| # | First | | Last |
|---|---|---|---|
| 1 | CHRISTOPHER | | SHIPP |
|   | RICARDO | | SILVA |
| 2 | EVODIO | | SOLIS |
|   | JOSE | | SORIANO |
| 3 | FERMIN | | SOTO |
| 4 | TOBY | | STAR |
|   | SEAN | | STATEN |
| 5 | ENRIQUE | | TAMAYO |
| 6 | ARTURO | | TAPIA |
|   | WADELL | | TILIAIA |
| 7 | ERICK | | TORRES |
| 8 | CAMERON | | TOWNS |
|   | MICHAEL | | TRAHAN |
| 9 | EDUARDO | | TRUJILLO |
|   | JOE | | TUNPUPO JR |
| 10 | BENITO | | URIBE |
| 11 | URIEL | | VALENCIA |
|   | BENJAMIN | | VALMACEDA |
| 12 | JESSE | | VAZQUEZ |
| 13 | JOSE | | VAZQUEZ |
|   | JOSE | A | VAZQUEZ JR |
| 14 | LORENZO | | VEGA |
|   | RAUL | | VEGA |
| 15 | PEDRO | | VELOZ |
| 16 | DOUGLAS | | VILLALTA |
|   | PERRY | | WALTRIP |
| 17 | JEFFREY | | WONG |
| 18 | MANUEL | | YGLESIAS |
|   | JONATHAN | | YIH |
| 19 | JOSEPH | | ZAMORA |
| 20 | AROLDA | | ZAVALA |
|   | PETER | | ZAVALA |
| 21 | ROGELIO | | ZAVALA |
| 22 | JORGE | | ZENDEJAS |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Jesus Bernal and the assigned discovery Magistrate Judge is Sheri Pym.

The case number on all documents filed with the Court should read as follows:

```
EDCV13- 1170 JGB (SPx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [X] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

BORIS ORLOV, Attorney (CSBN #223532)
Office of the Solicitor
United States Department of Labor
350 S. Figueroa Street, Suite 370
Los Angeles, CA 90071-1202
Phone: (213) 894-5410/Fax: (213) 894-2064

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor, <br><br> PLAINTIFF(S) <br> v. <br> INTERIOR MAGIC OF CALIFORNIA, a Limited Liability Company, FRANK HALLBERG, individually and as managing agent of Interior Magic of California, LLC; TAMMY HALLBERG, individually and as Managing agent of Interior Magic of California, LLC   DEFENDANT(S). | CASE NUMBER <br><br> ED**CV13-01170** -JGB(SPx) <br><br><br> **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Boris Orlov _____, whose address is 350 S. Figueroa Street, Ste. 370; Los Angeles, CA 90071-1202 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUL - 1 2013

By: ANDRES PEDRO
    Deputy Clerk
    (Seal of the Court)
    1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
SETH D. HARRIS, Acting Secretary of Labor,
United States Department of Labor,

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
INTERIOR MAGIC OF CALIFORNIA, a Limited Liability Company, FRANK HALLBERG, individually and as managing agent of Interior Magic of California, LLC; TAMMY HALLBERG, individually and as managing agent of interior magic of California, LLC,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Boris Orlov, Attorney
Office of the Solicitor/United States Department of Labor
350 S. Figueroa Street, Ste. 370
Los Angeles, CA 90071/Phone: (213) 894-5410

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Torey Joseph Favarote
Gleason & Favarote LLP
835 Wilshire Blvd., Ste 200
Los Angeles, CA 90017/Phone: (213) 452-0512

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. Government Not a Party)
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
To enjoin and restrain defendant(s) from violating provisions of Sections 15(a)(2) and 159a)(5) of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq.) and recover amounts due.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☒ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:   Case Number: **EDCV13-01170**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

if yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

if yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☒ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Interior Magic of California - <br> Frank Hallberg - Riverside County <br> Tammy Hallberg - Riverside County |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County |  |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: June 25, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |